IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY KENDRICK WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:24-cv-288-ECM |
| GOOGLE LLC, | ) |
| Defendant. | ) |

**O R D E R**

On November 26, 2024, the Magistrate Judge entered a Recommendation (doc. 14) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 14) is ADOPTED;

2. The Defendant's motion to dismiss (doc. 7) is GRANTED;

3. **On or before January 24, 2025**, the Plaintiff shall file an amended complaint which is complete unto itself and which complies with the Federal Rules of Civil Procedure and the directives in the Magistrate Judge's Recommendation (doc. 14 at 10–11). **The Plaintiff is CAUTIONED that failure to file an amended complaint may result in a Recommendation that this case be dismissed**;

4. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 10th day of January, 2025.

                                    /s/ Emily C. Marks  
                              EMILY C. MARKS  
                              CHIEF UNITED STATES DISTRICT JUDGE